NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**RICKY KAMDEM-OUAFFO,**
*Plaintiff-Appellant*

**v.**

**PEPSICO INC., PETER S. GIVEN, JR., NAIJIE ZHANG, SCENTSATIONAL TECHNOLOGIES LLC, STEVEN M. LANDAU,**
*Defendants-Appellees*

———————————

2016-1668

———————————

Appeal from the United States District Court for the Southern District of New York in No. 7:14-cv-00227-KMK, Judge Kenneth M. Karas.

———————————

**ON MOTION**

———————————

## O R D E R

Ricky Kamdem-Ouaffo submits a letter requesting that the court permit him to file an informal brief and that the court waive the deadline for filing the informal brief. The court construes Mr. Kamdem-Ouaffo's letter as a motion for extension of time to file his informal brief.

2                                          KAMDEM-OUAFFO v. PEPSICO INC.

Mr. Kamdem-Ouaffo may file an informal brief in the form prescribed by the court.  Fed. Cir. R. 28(g), s*ee* Fed. Cir. R. 28 Practice Notes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Mr. Kamdem-Ouaffo's informal brief is due no later than May 27, 2016.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32